UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL NIVARD BEATON,<br><br>       Petitioner,<br><br>   v.<br><br>PAYAN,<br><br>       Respondent. | No. 2:22-cv-0701-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] As discussed below, the petition is dismissed with leave to amend. *See* Rule 4, Rules Governing § 2254 Cases (requiring summary dismissal of habeas petition if, upon initial review by a judge, it plainly appears "that the petitioner is not entitled to relief in the district court").

Federal habeas relief under § 2254 is available to "a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."[2] 28 U.S.C. § 2254(a). Here, petitioner does not

---

[1] Petitioner also seeks leave to proceed in forma pauperis. ECF No. 2. That request is granted.

[2] Alternatively, federal habeas relief under § 2241 is more broadly available to challenge one's custody, on the ground that it is "in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3).

challenge a state court judgment of conviction and sentence.  Instead, petitioner alleges that on April 4, 2022, a psychiatrist told petitioner that instead of being released, petitioner was being "sentenced" to a "mental state prison."  ECF No. 1 at 1.  The California Department of Corrections and Rehabilitation's online inmate locator shows that petitioner is currently housed at the California Medical Facility.

If petitioner wishes to proceed with a § 2254 petition, he must challenge a state court judgment of conviction and sentence.  Alternatively, federal habeas relief under § 2241 is more broadly available to challenge one's custody, on the ground that it is "in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3).  Petitioner shall clarify the nature of this action and the relief sought in an amended petition.

Accordingly, IT IS ORDERED that:

1. Petitioner's application for leave to proceed in forma pauperis (ECF No. 2) is granted;
2. Petitioner shall file an amended petition for writ of habeas corpus within 30 days of the date of this order; and
3. Failure to comply with this order will result in a recommendation that this action be dismissed for the reasons stated herein.

Dated: April 29, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE